IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| MARK HAYASHI,<br><br>               Plaintiff,<br><br>vs.<br><br>TRAVELERS PROPERTY AND CASUALTY COMPANY OF AMERICA,<br><br>               Defendant. | CV 23-92-BLG-SPW<br><br>ORDER ADOPTING MAGISTRATE'S FINDINGS AND RECOMMENDATIONS |

The United States Magistrate Judge Timothy Cavan filed Findings and Recommendations on November 3, 2023. (Doc. 45). The Magistrate recommended that Plaintiff Mark Hayashi's Motion to Remand be denied on the grounds that the Court has diversity jurisdiction under 28 U.S.C. §§ 1332(a) and 1441. (*Id.*).

Pursuant to 28 U.S.C. § 636(b)(1), parties are required to file written objections within 14 days of the filing of the Magistrate's Findings and Recommendation. No objections were filed. When neither party objects, this Court reviews the Magistrate's Findings and Recommendation for clear error. *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981). Clear error exists if the Court is left with a "definite and firm

1

conviction that a mistake has been committed." *United States v. Syrax*, 235 F.3d 422, 427 (9th Cir. 2000). After reviewing the Findings and Recommendation, this Court does not find that the Magistrate committed clear error.

IT IS ORDERED that the proposed Findings and Recommendations entered by the United States Magistrate Judge (Doc. 45) are ADOPTED IN FULL.

IT IS FURTHER ORDERED that Plaintiff Mark Hayashi's Motion to Remand (Doc. 9) is DENIED.

DATED this 20th day of November, 2023.

                                                    SUSAN P. WATTERS
                                                    United States District Judge