## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## BILLINGS DIVISION

| | |
|---|---|
| MARK HAYASHI, <br><br> Plaintiff, <br><br> vs. <br><br> TRAVELERS PROPERTY AND CASUALTY COMPANY OF AMERICA, <br><br> Defendant. | CV 23-00092-BLG-SPW-TJC <br><br><br> ORDER |

Upon the parties' Joint Stipulation of Dismissal (Doc. 64) between the parties hereto, by and between their counsel of record,

IT IS HEREBY ORDERED that the above-entitled cause is **DISMISSED WITH PREJUDICE**, without further cost to any of the parties hereto.

The Clerk of Court is directed to notify the parties of the making of this Order.

DATED this __8th__ day of February, 2024.

_Susan P. Watters_
SUSAN P. WATTERS
U. S. DISTRICT JUDGE

1